# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Veterans Electric, LLC v. The United States of America

No. 17-1655

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☒ As counsel for: Veterans Electric, LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant

☒ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

---

Name: Brandon M. Selinsky
Law Firm: Whitcomb, Selinsky, McAuliffe
Address: 1391 Speer Blvd., No. 705
City, State and Zip: Denver, CO 80204
Telephone: (303) 534-1958
Fax #: (303) 534-1949
E-mail address: brandon@whitcomblawpc.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/24/2016

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 03/06/2017 Signature of pro se or counsel s/Brandon M. Selinsky

cc: ______________

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of March, 2017, a copy of the foregoing Entry of Appearance was filed electronically.

This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____s/Brandon M. Selinsky_